IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK HUDSON, on behalf of himself and other persons similarly situated, | CIVIL ACTION NO 18-04620 |
| Plaintiff, | JUDGE |
| v. | SARA L. ELLIS |
| RALPH LAUREN CORPORATION, RALPH LAUREN RETAIL, INC., and VIBES MEDIA, LLC, | MAG. JUDGE MARY M. ROWLAND |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, please take notice that Plaintiff Patrick Hudson voluntarily dismisses this action against Defendants Ralph Lauren Corporation, Ralph Lauren Retail Inc., and Vibes Media, LLC, with prejudice. Defendants consent to this dismissal.

*Respectfully submitted,*

Dated: May 18, 2020

*/s/ Roberto Costales*
Roberto Costales, Esq.
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, Illinois 60605
Telephone: (773) 831-8000
Facsimile: (504) 272-2956
rlc@beaumontcostales.com

*Attorney for Plaintiffs*