# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Patrick Hudson
                                    Plaintiff,

v.                                                                            Case No.: 1:18−cv−04620
                                                                           Honorable Sara L. Ellis

Ralph Lauren Corporation, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 22, 2020:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure [96], Plaintiff Patrick Hudson voluntarily dismisses this action against Defendants Ralph Lauren Corporation, Ralph Lauren Retail Inc., and Vibes Media, LLC, with prejudice. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.